**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANK EDWARD MEADOWS, | ) | No. CV 04-318 RGK (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES E. HALL (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: July 13, 2010

_____
R. GARY KLAUSNER
United States District Judge